UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL L. SPRIGGS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 3:18-cv-00729-SDD-RLB |
| | * | |
| HANCOCK HOLDING SEVERANCE PAY PLAN, ET AL | * * | |

## JUDGMENT

**WHEREFORE**, this matter came on for a bench trial on January 27 and 28, 2020. Present in Court as counsel for the Plaintiff, Michael L. Spriggs, was Scott D. Wilson, Esq., and present as counsel for the Defendants, Harrison Finance LLC Severance Pay Plan, Tower Loan of Mississippi, LLC, and the Director of Human Resources of Tower Loan of Mississippi, LLC, were Richard F. Zimmerman, Jr., Esq., and Jennifer A. Hataway, Esq. Considering the evidence presented by the parties, arguments of counsel and for oral reasons for judgment assigned in open court:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that judgment is entered in favor of Defendants and against Plaintiff, dismissing all remaining claims by Plaintiff against Defendants, with prejudice.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that the Defendants' claim for attorney's fees is denied.

Baton Rouge, Louisiana, this __4__ day of __February__, 2020.

HONORABLE SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT